The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHELSY LYNCH, a Washington Resident,<br><br>Plaintiff,<br><br>v.<br><br>SUTTELL & HAMMER, PS, a Washington corporation and licensed collection agency,<br><br>Defendant. | No. 2:23-cv-00572-RSM<br><br>**STIPULATED MOTION AND ORDER FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**<br><br>**NOTED FOR HEARING: DECEMBER 6, 2023**<br><br>**(Clerk Action Required)** |

## STIPULATION

Pursuant to LCR 83.2(b)(1) and (2), Plaintiff Chelsy Lynch ("Plaintiff") and Suttell & Hammer, PS ("Defendant"), by and through their respective counsel, stipulate to and request the Court's approval of a substitution of counsel for Defendant. Nohl C. Speck and Timothy John Repass of the law firm Wood Smith Henning & Berman LLP are withdrawing as counsel for Defendant, and for Brad Fisher of the law firm Davis Wright Tremaine LLP is substituting as counsel of record for Defendant.

///

///

///

STIPULATED MOTION AND ORDER FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL (2:23-cv-00572-RSM) - 1
4857-3146-5616v.7 0093176-000071

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

Dated: December 6, 2023

WOOD SMITH HENNING & BERMAN LLP
*Withdrawing Attorneys for Defendant Suttell & Hammer, PS*

By: *s/ Nohl C. Speck*
    Nohl C. Speck, WSBA #56889
    801 Kirkland Ave Ste 100
    Kirkland, WA 98033
    Telephone: (206) 204-6831
    Fax: (206) 299-0400
    nspeck@wshblaw.com

By: *s/ Timothy John Repass*
    Timothy John Repass, WSBA #38373
    801 Kirkland Ave Ste 100
    Kirkland, WA 98033
    Telephone: (206) 204-6802
    Fax: (206) 299-0400
    trepass@wshblaw.com

Dated: December 6, 2023

DAVIS WRIGHT TREMAINE LLP
*Substituting Attorney for Defendant Suttell & Hammer, PS*

By: *s/ Brad Fisher*
    Brad Fisher, WSBA #19895
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Telephone: (206) 757-8042
    Fax: (206) 757-7042
    bradfisher@dwt.com

Dated: December 6, 2023

*Attorney for Plaintiff Chelsy Lynch*

By: *s/ Peter Schneider*
    Peter Schneider, WSBA No. 43131
    10900 NE 4th ST, STE 2300
    Bellevue, WA 98004
    Telephone: (424) 282-1804
    Fax: (425) 609-0066
    peter.schneider@morninglawgroup.com

STIPULATED MOTION AND ORDER FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL (2:23-cv-00572-RSM) - 2
4857-3146-5616v.7 0093176-000071

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. Nohl C. Speck and Timothy John Repass of the law firm Wood Smith Henning & Berman LLP may withdraw as counsel for Defendant Suttell & Hammer, PS; and

2. Brad Fisher of the law firm Davis Wright Tremaine LLP is substituted as counsel of record for Defendant Suttell & Hammer, PS in this matter.

IT IS SO ORDERED.

DATED this 7th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL (2:23-cv-00572-RSM) - 3
4857-3146-5616v.7 0093176-000071

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax