1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  CHELSY LYNCH, a Washington Resident,

10        Plaintiff,

11                          v.

12  SUTTELL & HAMMER, PS,
    a Washington corporation and licensed
13  collection agency,

14        Defendant.

15

NO:  2:23-cv-00572-RSM

ORDER CONTINUING TRIAL DATE

16
17        THE COURT having considered the request of the parties by stipulated motion to strike

18  and continue the trial date in this matter to allow the Court to rule on the parties' pending

19  motions for summary judgment:

20        IT IS HEREBY ORDERED that the July 29, 2024, trial date and all remaining pretrial

21  deadlines are stricken. Trial is reset to October 21, 2024. A revised scheduling order will be

22  issued based on the new trial date.

23
24        DATED this 25th day of June, 2024.

25
26
27        RICARDO S. MARTINEZ
          UNITED STATES DISTRICT JUDGE
28

